IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ERIC WAYNE CLEMMONS,

    Petitioner,

v.                             Civil Action No. 3:19CV173

MARK BOLSTER,

    Respondent.

**MEMORANDUM OPINION**

Eric Wayne Clemmons, proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on March 26, 2019, the Court directed Clemmons to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of his request to proceed in forma pauperis or pay the $5.00 filing fee. More than fifteen (15) days have passed and Clemmons has not returned the required in forma pauperis affidavit or paid the $5.00 fee. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Clemmons.

It is so ORDERED.

                                      /s/ REP
                              Robert E. Payne
Date: May 13, 2019    Senior United States District Judge
Richmond, Virginia